# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00146-MOC-DSC

| | |
|---|---|
| **FRANCES S BYERS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **WINNEBAGO INDUSTRIES, INC.,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Joint Stipulated Motion to Extend Discovery Deadlines" (document # 8) filed August 7, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: August 8, 2013

David S. Cayer
United States Magistrate Judge